AO91 (Rev. 12/03)   Criminal Complaint                                                                                                      AUSA

# UNITED STATES DISTRICT COURT

Southern District Of Texas McAllen Division

**UNITED STATES OF AMERICA**
                    **vs.**

**CRIMINAL COMPLAINT**

Case Number: 7:18-po-17414

Eblin Nahun RIVERA-Aleman
IAE
Honduras 1998

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about **November 14, 2018** in **Starr** County, in the **Southern District Of Texas** defendant(s) did,

**Being then and there an alien, did, knowingly and unlawfully enter the United States at a place other than as designated by immigration officers;**

in violation of Title **8** United States Code, Section(s) **1325(a)(1)**

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:

**Eblin Nahun RIVERA-Aleman was encountered by Border Patrol Agents near Roma, Texas on November 14, 2018. When questioned as to his citizenship, defendant stated that he was a citizen and national of Honduras, who had entered the United States illegally on November 14, 2018 by rafting across the Rio Grande River near the Roma, Texas Port of Entry.**

**I DECLARE UNDER PENALTY OF PERJURY THAT THE STATEMENTS IN THIS COMPLAINT ARE TRUE AND CORRECT.**

Continued on the attached sheet and made a part of this complaint:   ☐ Yes   ☒ No

/S/  Diaz, Jose  Border Patrol Agent
Signature of Complainant

Diaz, Jose    Border Patrol Agent
Printed Name of Complainant

Sworn to before me and signed in my presence,

November 16, 2018                                                                at        McAllen, Texas
Date                                                                                                  City/State

J Scott Hacker              U.S. Magistrate Judge
Name of Judge              Title of Judge                                                Signature of Judge